# UNITED STATES DISTRICT COURT
### Western District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v. | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |
| JEFFERY SPAHN | Case No.  6:13CR60060-001<br>USM No.  11911-010<br>Bruce Eddy<br>Defendant's Attorney |

**THE DEFENDANT:**

X  admitted the following violation(s) of the term of supervision:   Standard Condition Nos. 6, 3 and Special Condition 4.
☐  was found in violation of the following count(s) after denial of guilt:

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | The offender failed to notify the probation officer as required upon his change in residence during the month of October 2015, as well as continuing to submit monthly reports with this prior address during the months of November and December 2015, even after he was evicted from said residence. | 12/31/2015 |
| Three | On 2/9/2016, offender was administered a portable breath test by the probation officer which indicated a blood alcohol content of .21% thus violating his special condition of not possessing or using alcohol during the term of supervision. | 02/9/2016 |

The defendant is sentenced as provided in pages 2 through    2    of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X  The defendant has not violated the following count(s) and is discharged of the following:   Two (2) and Four (4) - Nine (9)

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   8472

Defendant's Year of Birth:     1961

City and State of Defendant's Residence:
Hot Springs, AR

August 26, 2016
Date of Imposition of Judgment

/s/ Susan O. Hickey
Signature of Judge

Honorable Susan O. Hickey, United States District Judge
Name and Title of Judge

August 26, 2016
Date

AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2 — Imprisonment
Case 6:13-cr-60060-SOH Document 43   Filed 08/26/16   Page 2 of 2 PageID #: 161

Judgment — Page  2  of  2

DEFENDANT:        JEFFERY SPAHN
CASE NUMBER:    6:13CR60060-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :   The offender's supervision is revoked.  The defendant is sentenced to serve the remainder of his term of supervision, ending November 9, 2016, in the City of Faith Community Corrections House in Little Rock, AR. No further supervised release is ordered.

☐   The court makes the following recommendations to the Bureau of Prisons:

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
  ☐   at _____ ☐ a.m.  ☐ p.m.  on _____ .
  ☐   as notified by the United States Marshal.

X   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐   before 2 p.m. on _____ .
  ☐   as notified by the United States Marshal.
  X   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL